**No. 09-9379. Jimmie Odell Bruner, Petitioner v. Oklahoma.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5272.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3870.

**No. 09-9403. James Lynn Nichols, Petitioner v. Georgia.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5311.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1110, 130 S. Ct. 2411, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3702.

**No. 09-9483. Jerome Julius Brown, Petitioner v. Industrial Bank, et al.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5277.

June 28, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3947.

**No. 09-9484. Jerome Julius Brown, Petitioner v. Brennan C. McCarthy.**

561 U.S. 1039, 130 S. Ct. 3539, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5291.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1098, 130 S. Ct. 2384, 176 L. Ed. 2d 777, 2010 U.S. LEXIS 3595.

**No. 09-9485. Jerome Julius Brown, Petitioner v. Jerry D. Miller.**

561 U.S. 1039, 130 S. Ct. 3540, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5293.

June 28, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 908, 130 S. Ct. 3280, 176 L. Ed. 2d 1190, 2010 U.S. LEXIS 3941.

**No. 09-9514. Jerome Julius Brown, Petitioner v. Suburban Propane, L.P.**

561 U.S. 1039, 130 S. Ct. 3540, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5296.

June 28, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3909.

**No. 09-9516. Antonio Hudson, Petitioner v. Robert Kapture, Warden.**

561 U.S. 1039, 130 S. Ct. 3540, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5283.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1079, 130 S. Ct. 2117, 176 L. Ed. 2d 742, 2010 U.S. LEXIS 3391.